PROB 22 (CAEP)
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| DOCKET NUMBER *(Tran. Court)* | 0972 2:14CR00085-01 | DOCKET NUMBER *(Rec. Court)* | 3:26-cr-00013-ART-CLB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION | |
|---|---|---|---|
| Keith Joseph Banning<br>Reno, Nevada *(City/State only)* | E-CA | Sacramento | |
| | NAME OF SENTENCING JUDGE: Senior United States District Judge John A. Mendez | | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM | TO |
| | Supervised Release | 6/1/2026 | 5/31/2041 |

OFFENSE

18 USC 2252(a)(2) – Receipt of Child Pornography (CLASS C FELONY)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The person under supervision lives in a house he owns, has established social support, and is attending treatment and all other services as required.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 24, 2026
*Date*

[signature: John A. Mendez]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ________ DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 29, 2026
*Effective Date*

[signature]
*Anne R. Traum, United States District Judge*

CC: United States Attorney